McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD        #7227-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
mansfield@m4law.com

Attorney for Plaintiff
WHITMIRE MICRO-GEN RESEARCH
LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WHITMIRE MICRO-GEN RESEARCH LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SECTOR DIAGNOSTICS, LLC, <br><br> Defendant. | CIVIL NO. 08-00228 SOM/KSC <br> (Breach of Contract) <br><br> FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT SECTOR DIAGNOSTICS, LLC <br><br> <u>Hearing Re: Motion for Entry of Default Judgment</u>: <br><br> Date : October 17, 2008 <br> Time : 9:30 a.m. <br> Judge: Kevin S.C. Chang <br><br> Trial Date:  None |

FINDINGS AND RECOMMENDATION TO
ENTER DEFAULT JUDGMENT AND AWARD DAMAGES
AGAINST DEFENDANT SECTOR DIAGNOSTICS, LLC

On May 19, 2008, Plaintiff Whitmire Micro-Gen Research Laboratories, Inc. ("Whitmire") filed this action for damages against Defendant Sector Diagnostics, LLC ("Sector"), alleging that Sector materially breached a December 14, 2005 letter agreement (the "Termination Agreement") whereby the parties (i) terminated a pre-existing Distribution Agreement between them and (ii) set forth certain terms regarding disposition of inventory and other matters related to the termination.

Whitmire alleged that, pursuant to the Termination Agreement, Sector agreed to repurchase the inventory of Sector products held by Whitmire as of December 14, 2005 (the "Repurchased Inventory"), for a fixed price of $167,679.21, subject to adjustment for any inventory sold prior to shipment back to Sector.  Whitmire claimed that, consistent with its obligations, Whitmire shipped the Repurchased Inventory to Sector, and after adjustment for pre-shipment sales as set forth in the Termination Agreement, the total price of the Repurchased Inventory was

2

$161,869.43.  Whitmire claimed that Sector failed to pay any of the amount due.

Whitmire served the Complaint upon Sector on July 10, 2008.  Upon service of the complaint, Sector failed to answer, or otherwise plead, and such time to answer or otherwise plead has expired.

Thereafter, on August 7, 2008, Whitmire requested that default be entered as to Sector, and also on August 7, 2008, the Clerk of the Court made an entry of default.

On September 9, 2008, Whitmire filed a Motion for Default Judgment against Sector, seeking $219,649.76 in principal and interest owed, plus attorneys' fees and costs in the total amount of $3,340.60.  Whitmire's Motion came on for hearing on October 17, 2008 before the undersigned United States Magistrate Judge, due notice of said hearing having been provided to Sector.  Kenneth J. Mansfield appeared on Whitmire's behalf.  Sector failed to appear and/or respond to Whitmire's motion.

## **FINDINGS**

Having reviewed Whitmire's Motion for Default Judgment, the attached Declaration of Kenneth J. Mansfield, and the exhibits

thereto, and the record established in this action, this Court finds as follows:

 1.  Whitmire is a manufacturer and supplier of insect control products with a principle place of business located at 3615 Tree Court Industrial Boulevard, St. Louis, MO 63122.

 2.  Sector is a provider of insect control products and has a principle place of business located at 569 Papalani Street, Kailua, HI 96734.

 3.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

 4.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(1), because Sector resides in this judicial district, as that term is defined in § 1391(c).

 5.  Prior to December 14, 2005, Whitmire and Sector were parties to a certain Second Amended and Restated Exclusive Marketing/Distributor Agreement (the "Distribution Agreement").

4

6. On December 14, 2005, Whitmire and Sector executed a letter agreement (the "Termination Agreement") whereby the parties terminated the Distribution Agreement and set forth certain terms regarding disposition of inventory and other matters related to the termination.

7. Pursuant to the Termination Agreement, Sector agreed to repurchase the inventory of Sector products held by Whitmire as of December 14, 2005 (the "Repurchased Inventory"), for a fixed price of $167,679.21 (subject to adjustment for any inventory sold prior to shipment back to Sector).

8. Pursuant to the Termination Agreement, Whitmire was to ship the Repurchased Inventory to Sector by common carrier and Sector was to pay in full for the Repurchased Inventory within one (1) year.

9. Whitmire shipped the Repurchased Inventory to Sector in four loads (three to Sector's former Georgia facility and one to Sector's Hawaii facility) beginning on December 16, 2005, with the final shipment received and accepted by Sector on January 5, 2006.

5

    10. After adjustment for pre-shipment sales as set forth in the Termination Agreement, the total price of the Repurchased Inventory was $161,869.43.

    11. Pursuant to the terms of the Termination Agreement, Sector's payment for the Repurchased Inventory in the amount of $161,869.43 was due no later than December 16, 2006.

    12. Sector has made no payment for the Repurchased Inventory.

    13. Pursuant to the Termination Agreement, Whitmire is entitled to recover from Sector interest at the rate of one and one-half percent (1-1/2%) per month, together with all costs of collection, including reasonable attorneys' fees, on any of the amount due from Sector for the Repurchased Inventory not paid in full within the one (1) year timeframe.

    14. Based upon the record before the Court, there is now known to be due, owing and unpaid to Whitmire from Sector, the total amount of $222,944.51, plus attorneys' fees and costs in the

amount of $2,689.20, together with ten percent (10%) statutory post-judgment interest thereon until satisfaction of judgment.

### RECOMMENDATION

In accordance with the foregoing, this Court FINDS AND RECOMMENDS that Default Judgment be entered in favor of Whitmire and against Sector the total amount of $222,944.51, inclusive of attorneys' fees and costs in the amount of $2,689.20, together with ten percent (10%) statutory post-judgment interest thereon until satisfaction of judgment.

Dated: Honolulu, Hawaii, November 10, 2008.



_____
Kevin S.C. Chang
United States Magistrate Judge

===========================================================================
*Whitmire Micro-Gen Research Laboratories, Inc. v. Sector Diagnostics, LLC*; Civil No. 08-00228 SOM/KSC; FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT SECTOR DIAGNOSTICS, LLC