IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHITMIRE MICRO-GEN RESEARCH LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SECTOR DIAGNOSTICS, LLC , <br><br> Defendant. | CV 08-00228 SOM-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 12, 2008 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; December 2, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE